RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

David Allen *150121*  )
_____  )
Full name and prison number )
of plaintiff(s)       )
                      )
v.                    )   CIVIL ACTION NO. 2:06cv1020-T
                      )   (To be supplied by Clerk of
Warden III Gwendolyn  )   U.S. District Court)
Mosley,               )
Captain Jeffery Knox  )
                      )
_____   )
                      )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✖ )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac. Clio, Alabama_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Corr. Fac. Clio, Alabama_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Gwendolyn Mosley Warden | |
| 2. Capt. Knox | |
| 3. | Easterling Corr. Fac. |
| 4. | 200 Wallace Drive |
| 5. | Clio, Ala. 36017 |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Nov. 7, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Plaintiffs rights were violated when Capt. Knox along with several other officers repeatedly beat me and kicked me in my head, neck, ribs, and back._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

At 9:35 A.M. inside 9-B-dorm here at Easterling a Riot Squad was conducting a major shake down wherein I was asked by Capt. Knox why I have not shaven. When I tried to explain myself to him Capt. Knox told me to remove my hands from my Pockets. ~~GROUND TWO:~~ So I did. Thats when Capt. Knox said, "Don't Look at me crazy" "You son of a bitch and shut your ~~SUPPORTING FACTS:~~ mouth"! And Grabbed me around my neck with his hands and rammed my head into the door and shoved me to the floor and began beating my head into the floor over and over. Then he hit me in my left eye with his fist, then two more riot team members joined in with Capt. Knox and commenced to beating me and stomping me in my ~~GROUND THREE:~~ left side with their feet and sticks. My left eye and the left side of my head is badly ~~SUPPORTING FACTS:~~ swollen and my left rib cage is badly swollen and is hurting very bad. My right ear had to be sewn up because Capt. Knox and the others busted it and split it open. I done nothing to deserve this. I am 50 years old I can't take this kind of abuse and treatment. I am afraid for my life. I am afraid they will try to beat me again. Please help at all times. Each defendant acted under color of state law.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I request to have them Prosecuted for what they done to me. And I want to sue them in their Official and individual capacities for compensatory and Punitive damages.

_Lincoln David Allen_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-9-2006
(Date)

_Lincoln David Allen_
Signature of plaintiff(s)

4

David Allen #150171
Easterling Corr. Fac.
200 Wallace Drive
Clio, AL. 36017

This is just to notify the Court that Pursuant to the State of Alabama Dept. of Corrections Administrative Regulation number #403, Section (9) nine, that: The inmate may not Appeal the final judgement or actions by the Warden or her designee's.

The State of Alabama does not have a "Grievance System" for the Plaintiff to Appeal to. Therefore he is filing the instant complaint.

11-9-2006
Date

Lincoln David Allen #150171
Plaintiff's name #AIS.

"exhibit A"

# Plaintiff's Statement

David Allen #150171
Easterling Corr. Fac.
200 Wallace Drive
Clio, Ala. 36017

2:06 CV 1020 - MHT

On November 7, 2006, 9:35 A.M in 9B-dorm here at Easterling Prison, Capt. Jeffery Knox and other members of the riot team came to our dorm for a shakedown. Well, I was the last one standing in line, After we were sent from the Gym back to my dorm. Capt. Jeffery Knox was standing to my right side of me where I was standing in line behind my bunk mate Moses who slept on bed 43 over me I slept on 44 bottom. I spoke to Capt. Knox when I step in the dorm and he said hey then he said why haven't you shaved. I said they haven't had any razor blades in the dorm in the last 5 days. And I even tried to get one from the shift office at breakfast time but they didn't have any but Lt. Lee finally got some sent but we didn't have time to shave cause we were told to leave the dorm before she lock us up. Thats why I haven't shaved. Then Capt. Knox told me to take my hands out of my pockets I did as he asked me to then he said to me don't look at me like that crazy. I said Capt. Im not doing anything to you. Then he said son of a bitch

shut your damn mouth and grabbed me under my neck and push my head into the door out the door onto the Lobby floor outside the dorm. I fell down he still had hold of my neck. Then he started pulling me up and down beat my head and face against the floor he hit me in my left eye with his fist then two more riot team members jumped down on top of me with him one stomped me in my left side with his foot. My left side and the left side of my head is swollen up. My rib cage under my left arm swollen up and aching and hurts real badly. My right ear behind it got splitted open and it's been sewn up. All this happen to me by Capt. Jeffery Knox. — Officer Drakes and another officer took me to the H.C.U. (ie. Health Care Unit) where nurse Ms. Bush L.P.n. did a body chart on me and they putted me in the cell there inside H.C.U. until about two (2) hours then Sgt. Woods came and let me out of the cell with officer Ms. Anthony who was the officer working the H.C.U. Unit. To be seen by the doctor and he examined me and sewed up my ear. Then Sgt. Woods and officer McKinny brought me over this Seg unit placed me here in 5B-4cell.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed on 11-9-2006.

Lincoln David Allen #150171

Plaintiff's name #AIS.

On the day of Nov 9, 2006 around 11:45 AM. Today Captain Jeffery Knox ~~Jumped on Me, he pulled Me under My Neck~~ And other Members of the ~~foot~~ Riot team came to our dorm for Shakedown. Well I Was the last one Standing in line after We Were Sent from gym to My dorm. Captain Jeffery Knox Was Standing to My Right Side of Me where I Was Standing In line behind My Bunk Mate Moses who slept on Bed 43 over Me I slept on 44 bottom. ~~Captain Knox~~ ~~to~~ I Spoke to Captain Knox when I step in the door. And he Said hey then he Said why haven't you Shaved. I Said they haven't had any Razorblades In the dorm In the last past 5 days. And I Even Tryed to get ~~Some One~~ from the Shift Office at breaktime. but they didn't have any but Lt Lee finally got Some sent but We didn't have time to Shave Cause We where told to leave the dorm, before She lock us up. That's why I haven't shaved. Then Captain Knox told Me to take My hands out Of My Pockets I did as he asked Me to then he said to Me don't look at Me like that Crazy. I said Captain I am Not doing any Thing to you. Then he Said Son of a bitch Shut your dam Mouth And grabbed Me ~~up~~ Under My Neck and push My ~~body~~ ~~his foot~~ head Into the door Out the door Onto the lobby floor Outside the dorm. I fell down he still had hold of My Neck. Then he started pulling Me up and down beat My head and face against the floor ~~Two of~~ he hit Me In My left Eye With his fist Then two More Riot team Members Jumped down on top of Me With him one Stomped Me In My left side With his foot. My left Eye and the left side of My head is Swollen up. My Rib Cage Under My left Arm Swollen up And Aches and hurts ~~a~~ real badly. My ~~left~~ My Right Ear behind it got splitted open And its been sowed up. all this happen

To Me by Captain Jeffery ~~Knows~~. They too ~~Officer Drakes~~ and another ~~Offic~~ Officer took me to the H.C.U. Where Ms. Bush LPN. did a body chart on me and they putted me In the cell There Inside H.C.U. ~~To Until~~ Until about two hours then Sgt Woods came and let me out of the cell With Officer Ms Anthony who was the Officer Working the H.C.U. Unit To be Seen by the doctor. And he examined me and Sowed up my ~~Ear~~ Ear Then Sgt Woods and Officer McKinney brought me over to This Seg Unit placed me here In JB-4-Cell.

11-9-06
Date

Lincoln David Allen #150171
David Allen #150171

"exhibit B"

In The United States District Court For
The Middle District Of Alabama.

David Allen #150171
Plaintiff
vs.
Warden III Gwendolyn Mosley et al.
Defendants

Declaration

Moses Jackson

Civil Action No.
2:06CV1020-MHT

---

Plaintiff is not actually able at this time to get in contact with Mr. Moses Jackson, AIS# unknown, due to his current status and confinment in Lock-up. Therefore, Plaintiff makes the following statement in absentia of said declarant and believes that if Mr. Moses Jackson could make a statement in Plaintiff's behalf that the following would be correct; upon information and belief.

My name is Moses Jackson and I hereby declare that: On November 7, 2006, 9:35 am, in 9B-dorm, here at Easterling Prison, Clio, Alabama, that Capt. Knox along with several other riot team members or officers did attack and assault David Allen #150171 and cause him to sustain head and body injuries. And that David Allen was attacked and assaulted by the above mentioned names, "maliciously and sadistically;"

and not in a good faith effort to maintain or restore order or discipline. The Officers did use excessive force and meant to cause David Allen harm, rather than keep order.

I have read the foregoing declaration and hereby verify the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Clio, Alabama on 11-9-2006
                                    Date

Lincoln David Allen #150171
Plaintiff's name # AIS.

"exhibit D"

In The United States District Court For The Middle District of Alabama, Northern Division

David Allen #150171
  Plaintiff

vs.

Warden III Gwendolen Mosley et Al.
  Defendant(s)

Declaration

Reginald Moore #169035

Civil Action No.
2:06 CV 1020-MHT

My name is Reginald Moore #169035, And I am over the age of (21) twenty-one years. I make this statement of my own free will without threats or coercion from anyone. It is to the best of my knowledge, information, and belief that David was beaten up by the riot team members here at Easterling on 11-7-06. ___ I am an inmate here at Easterling Prison, Clio, Alabama and I am currently being housed in the Administrative Segregation Unit, i.e., Lock-up, 5B-4-cell. On 11-7-06, approximately 1:40 P.M. on first shift, inmate David Allen #150171 was placed in the cell with me, thats when I noticed that he had apparently been into some kind of an physical altercation, i.e., his left eye and the left side of his face and head were badly swollen up. I also noticed that he had a bandage behind his right ear. When I ask him what had happened to him he told me that he had been beaten by the "riot squad members" in 9B-Dorm

Since then, David has been complaining about his head hurting, having dizzy spells, feeling nauseated and he has vomited several times, for which I believe, is a direct result of said injuries. David has repeatedly signed up for "sick call" in order to see someone about his suffering and pain, it is highly noticable and obvious that David is hurting. Also, I cannot testify as to what or how David got these injuries because I am not a physical witness. Nevertheless, based upon my experience of "doing time" I tend to believe that what he said happened to him, did in fact happen to him. i.e. that he was beaten by the riot squad members on 11-7-06, here at Easterling Prison, Clio, Ala. in 9B-dorm around 9:35 A.M. Lastly, I can testify as to the riot squad members being present on same said day of Davids infraction, because I witnessed them in 5B-Dorm where I am housed in lock-up on 11-7-06 at around noonday. I truly hope that this Honorable Court takes the aforementioned into consideration and grant David Allen any and all relief he may seek.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Easterling Corr. Fac. D.O.C. Alabama on this day 11-12-2006.
           Date

Full name: Reginald Moore                AIS# 169035

"Exhibit E"

In The United States District Court For The Middle District of Alabama, Northern Division.

| | |
|---|---|
| David Allen #150171 | Declaration |
| Plaintiff | |
| vs. | |
| of | Lawrence Billingsley #152608 |
| Warden III Gwendolyn Mosley et Al. | Civil Action No. |
| Defendant(s) | 2:06cv1020-MHT |

My name is Lawrence Billingsley 152608, and I am over the age of (21) twenty-one years. I make this statement of my own free will without threats or coercion from anyone. It is to the best of my knowledge, information and belief, that David was beaten up by the riot team members here at Easterling on 11-7-06 _____ I am an inmate here at Easterling Prison, Clio, Alabama and I am currently being housed in the Administrative Segregation Unit, i.e., Lock-Up, SB-4 cell. On 11-7-06, approximately 1:40 P.M. on first shift, inmate David Allen #150171 was placed in the cell with me and Reginald Moore #169035, thats when I noticed that he had apparently been into some kind of an physical altercation, i.e., his left eye and the left side of his face and head were badly swollen up. I also noticed that he had a bandage behind his right ear. When I ask him what had happened to him he told me that he had been

beaten by the "riot squad members" in 9B-dorm. Since then, David has been complaining about his head hurting, having dizzy spells, feeling nauseated and he has vomited several times, for which I believe, is a direct result of said injuries. David has repeatedly signed up for "sick call" in order to see someone about his suffering and pain, it is highly noticeable and obvious that David is hurting. Also, I cannot testify as to what or how David got these injuries because I am not a physical witness. Nevertheless, based upon my experience of "doing time" I tend to believe that what he said happened to him, did in fact happen to him, i.e., that he was beaten by the riot squad members on 11-7-06, here at Easterling Prison, Clio, Alabama, in 9B-dorm around 9:35 A.M. Lastly, I can testify as to the riot squad members being present on same said date of Davids infraction because I witnessed them in 5B-Dorm where I am housed in Lock-up on 11-7-06. Around noonday. I truly that this Honorable Court will take the aforementioned into consideration and grant David Allen any and all relief he may seek.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Easterling Corr. Fac., D.O.C. Ala. on this day 11-12-2006
                Date

Full name Lawrence Billingsley         AIS# 152608

Davis Allen

v.                               2:06cv1020-MHT

Gwendolyn Mosley et al

Plaintiff's Exhibit C to Inmate 1983 Complaint stricken from the record and returned to the plaintiff pursuant to order entered on 3/8/07.