AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE ~~District~~ of ALABAMA

David Allen #150171
Plaintiff

V.

Warden III Gwendolyn Mosley et al.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv1020-MHT

RECEIVED
2006 NOV 15 A 11:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, David Allen, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Easterling Cor. Fac. Clio, Alabama

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 1987 "Coca-Cola Plant in West Point Georgia $310°° a week. I have been locked up for 19 years

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.


SCANNED
DR 11/15

AO 240 Reverse (Rev. 10/03)

My Mom. And my sister Are my sole care givers. I may recieve 30 to 100 dollars A month from either one of them "dePending". May I Ask that I be Allowed to have indigent status initially And be taxed Accordingly off of my Prison Account As this Honorable Court sees Fit. My current balance is $10.00 dollars.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_11-9-2006_  
Date

_Lincoln David Allen_  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

David Allen # B/150171
   Plaintiff
  vs.

Warden III Gwendolyn Mosley,
Captain. Knox
   Defendants

2:06 cv 1020 -MHT

---

## Motion To Proceed In Forma Pauperis

Plaintiff Lincoln David Allen moves this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs or security therefore, and for grounds therefore submits the attached sworn affidavit in support of the motion.

Lincoln David Allen #150171
Plaintiff Name, # AIS.

# FUNDS WITHDRAWAL REQUEST
## EASTERLING CORRECTIONAL FACILITY
### P.O. BOX 10
### CLIO, ALABAMA 36017

NAME David Allen   AIS # 150171   DORM # SB-4

REQUESTED FOR: ( ) HOBBYCRAFT SUPPLIES   (✓) COPIES
( ) FAMILY MEMBERS   ( ) OTHER--Explain briefly  MAY I
Please have a copy of my P.M.O.D. for
the past (6) six months ie. one (1) copy

BRIEF EXPLANATION FOR REQUEST  In order to File
into Court "In Forma Pauperis"

****************************************************************************
AMOUNT OF FUNDS YOU WANT DEDUCTED  Nominal Fee

NAME TO SENT TO  _____

ADDRESS:  _____

****************************************************************************
APPROVED _____ DENIED _____ WARDEN _____
****************************************************************************
INMATE SIGNATURE  Lincoln David Allen  DATE _____
SIGN IN PRESENCE OF OFFICER OR SUPERVISOR

SIGNATURE OF WITNESS: _____
DOC PERSONNEL        Print Name & Sign

ATTACH STAMPED-ADDRESSED ENVELOPE IF APPLICABLE
PUT IN REQUEST BOX

See Back of request →

TO: Business office     TO: Business office

Hand Mail                Hand Mail

Plaintiff unable to obtain a copy of P.M.O.D. for verification of his monies in support of his request to proceed in forma pauperis.

Statement of Plaintiff:

I try to get it done but no body help me.

11-9-06
Date

Lincoln David Allen #150171
Plaintiff name #AIS.