In The United States District Court For The Middle District of Alabama, Northern Division

David Allen #150171  
Plaintiff  
vs.  
Warden III Gwendolyn Mosley,  
Gwendolyn Mosley,  
Captain Jeffery Knox,  
Jeffery Knox.  
Defendants.

Motion for Appointment Of Counsel.

Civil Action No. 2:06CV1020-MHT

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1.) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2). Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3). A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4). Plaintiff is in dire straights and contends that without immediate appointment of counsel would be detrimental to his case.

WHEREFORE, Plaintiff's respectfully request that this Honorable Court appoint him counsel so that he may be able to properly handle his case as this Honorable Court sees fit.

11-9-2006
Date

Lincoln David Allen #150171
Plaintiff's name #AIS.

Lincoln David Allen
Print your name here.

David Allen #150171
Easterling Corr. Fac.
200 Wallace Drive
Clio, AL. 36017