IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN, #150171,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               ) CIVIL ACTION NO. 2:06-CV-1020-MHT
                                 )
GWENDOLYN MOSLEY, et al.,        )
                                 )
    Defendants                   )

**ORDER**

This case is before the court on the plaintiff's November 28, 2006 objection (Court Doc. No. 8) to the order of the Magistrate Judge authorizing the defendants to interview the plaintiff (Court Doc. No. 6 at ¶ 2). Specifically, the plaintiff argues that the defendants should not be allowed to interview him without his being represented by counsel. The facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case clearly establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and advancing his cause throughout all requisite proceedings. Thus, no exceptional circumstances exist which justify appointment of counsel to the plaintiff. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v.*

*Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992).  Accordingly, that portion of the order challenged by the plaintiff is neither clearly erroneous nor contrary to law and it is hereby

ORDERED that the objection  (Court Doc. No. 8) is OVERRULED.

DONE, this the 29th day of November, 2006.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE