IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | )  [WO] |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for examination by a freeworld physician filed by the plaintiff on November 30, 2006 (Court Doc. No. 11), and as the court does not deem such action necessary at this time, it is

ORDERED that the motion for freeworld examination be and is hereby DENIED.

Done this 5th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE