IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN, #150171,                    )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )    CIVIL ACTION NO. 2:06-CV-1020-MHT
                                         )
GWENDOLYN MOSLEY, et al.,                )
                                         )
        Defendants                       )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before January 29, 2007 the plaintiff shall show cause why this

case should not be dismissed for his submission of a forged document (Plaintiff's Exhibit C)

to this court.

Done this 9th day of January, 2007.


                        /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE