IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALA.
NORTHERN DIVISION

DAVID ALLEN,
#150171 PLAINTIFF
VS.                              CASE NO. 2:06-CV-1020-T
GWENDOLYN MOSLEY,
ET. AL., DEFENDANTS

## PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

COMES NOW, DAVID ALLEN, AIS#150171, PLAINTIFF PROCEEDING PRO-SE, IN THE ABOVE STYLED CAUSE, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT SAID PLAINTIFF IN THIS MATTER. PLAINTIFF STATES THE FOLLOWING IN SUPPORT OF SAID MOTION:

1). PLAINTIFF HAS A X 9th GRADE EDUCATION.
2). PLAINTIFF HAS A VERY LIMITED KNOWLEDGE OF THE LAWS AND ITS WAYS.
3). PLAINTIFF IS CURRENTLY HOUSED IN SEGREGATION, AND HAS A VERY LIMITED ACCESS TO LEGAL MATERIALS AND OR LAW BOOKS.
4). PLAINTIFF HAS LIMITED ACCESS TO THIS FACILITIES LAW CLERK (1) AND THEN THE LAW LIBRARY SUPERVISOR, COI, CORRECTIONAL OFFICER, WOULD HAVE DIRECT ACCESS TO REVIEW SAID LEGAL WORK, AND OR PROVIDE ACCESS TO SAID LEGAL WORK TO SAID DEFENDANTS, I.E., HIS SUPERVISORS

5). PLAINTIFF has to rely on the assistance/help from various inmates who know/or claim to know how to do legal work in order to file his pleadings.

6). PLAINTIFF does not have the ability to obtain affidavits from prisoners in general population due to his being housed in disciplinary segregation, to support his claims, as an attorney would be able to do.

7). PLAINTIFF receives (12) sheets of typing paper per week, for his legal work, which severly limits it, plus it has to be wrote at.

8). PLAINTIFF in no way has the knowledge nor ability to battle the Attn. Gen.'s office/or their resources.

WHEREFORE, premises considered, PLAINTIFF prays this court will thus GRANT this motion for appointment of counsel.

DATED: JAN. X 7th, 07

Respectfully submitted
X Lincoln David Allen
DAVID ALLEN
AIS# 150171  5-A-X
ECF 200 WALLACE ~~Road~~
Clio, AL 36017  Drive

-2-

## CERTIFICATE OF SERVICE

I, DAVID ALLEN, AIS# 150171, hereby state on the 7th day of January 2007, that I have placed a copy of the foregoing:

**MOTION FOR APPOINTMENT OF COUNSEL**

UPON:

MS. MARY GOLDTHWAITE
ATTN. AT LAW
ASSIST. ATTN. GENERAL
11 SOUTH UNION ST.
MONTG, AL 36130

By placing same in door of cell 5-A-11-Cell with 1st class postage affixed. (As plaintiff does not have direct access to U.S. mail box due to being in segregation).

X Lincoln David Allen
DAVID ALLEN
AIS# 150171    5-A-XII-Cell
ECF 200 WALLACE DRIVE
CLIO, AL 36017

**LEGAL USE ONLY**

-3-