IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN, #150171
PLAINTIFF,

vs.

GWENDOLYN MOSLEY, ET.AL.,
DEFENDANTS

CASE NO. 2:06-CV-1020-T

## PLAINTIFF'S REQUEST FOR COURT'S PERMISSION TO BEGIN DISCOVERY

Comes Now, DAVID ALLEN, AIS# 150171, PLAINTIFF, proceeding pro-se, in the above styled cause, and respectfully requests this Honorable Court's permission to begin discovery proceedings against said defendants in order to assist said plaintiff in proving his case against said defendants.

WHEREFORE, premises considered, petitioner prays, this Honorable Court will GRANT said motion, and allow said petitioner to begin said discovery against said defendants.

DATED: JAN X 7, 07

Respectfully submitted
x Lincoln David Allen
DAVID ALLEN
AIS# 150171, 5-A-9-Cell
ECF 200 WALLACE DRIVE
CLIO, AL. 36017

## CERTIFICATE OF SERVICE

I, DAVID ALLEN AIS # 150171 hereby state that on the X7 day of January 2007, that I have placed a copy of the foregoing PLAINTIFF'S REQUEST FOR COURTS PERMISSION TO BEGIN DISCOVERY

UPON:

Ms. Mary Goldthwaite
Attn at Law
Assist. Attn. General
11 South Union St.
Montgomery, AL. 36130

By placing same in door of cell 5-A-XII-Cell with 1st class postage affixed. { As plaintiff is in segregation and has no direct access to U.S. mail box }

x Lincoln David Allen
David Allen
AIS# 150171   5-A-11-Cell
ECF 200 Wallace Drive
Clio, AL. 36017

-2-