IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion for leave to begin discovery filed by the plaintiff on January 9, 2007 (Court Doc. No. 17), and as the defendants have provided those evidentiary materials within their possession which are relevant to a determination of the issues presented in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of January, 2007.

                                                /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE