IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN,
#150171 PLAINTIFF,

VS.

GWENDOLYN MOSLEY, ET AL
DEFENDANTS

CIVIL ACTION NO:
2:06-CV-1020-MHT

PLAINTIFF'S NOTICE OF OBJECTION
AND REQUEST FOR RECONSIDERATION
OF REQUEST TO BEGIN DISCOVERY
DATED 1-9-07 DENIED 1-10-07.

Comes now, DAVID ALLEN AIS#150171, pro-ceeding pro-se- in the above styled case respectfully files this "NOTICE OF OBJECTION to MAGISTRATE JUDGE'S ORDER TO DENY PLAINTIFF'S REQUEST TO BEGIN DISCOVERY STATING "Defendant's have provided evidentiary materials within their possession which are relevant to a determination of issues presented in this case."

THIS IS NOT TRUE!
Defendants have not presented the court with a copy of:
A). Plaintiff's sick call requests!
B). Plaintiff's doctor appointments! and diagnosis/recommendations
C). Medication plaintiff is on & why!

THE ABOVE 3 LISTED DOCUMENTATIONS ARE <u>VERY</u> IMPORTANT TO THIS CASE.

PETITIONER PRAYS THAT THIS HONORABLE COURT WILL AT LEAST <u>ORDER</u> SAID DEFENDANTS TO PRODUCE SAID DOCUMENTS <u>BEFORE</u> THE TIME IN WHICH PETITIONER HAS BEEN ORDERED TO RESPOND.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY PRAYS THIS COURT GRANT OBJECTION AND ORDER DEFENDANTS TO PRODUCE SAID DOCUMENTS.

DATED: JANUARY 14, 2007

Respectfully Submitted
x Lincoln David Allen
DAVID ALLEN # 150171
E.C.F    5-A-9
200 WALLACE DRIVE
CLIO, AL 36017

## CERTIFICATE OF SERVICE

I hereby certify that on this the <u>14th</u> day of <u>January, 2007</u> placed in the cell door of 5-A-9 a true copy of the <u>NOTICE OF OBJECTION</u>, and served upon MARY GOLDTHWAITE, ASSIST. ATTN. GEN. 11 SOUTH UNION ST. MONTGOMERY, AL. 36130

x Lincoln David Allen
DAVID ALLEN # 150171

-2-