IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion for reconsideration filed by the plaintiff on January 18, 2007 (Court Doc. No. 20), in which the plaintiff seeks reconsideration of the order denying him leave to begin discovery (Court Doc. No. 18) and identifies specific documents to be produced by the defendants, and for good cause, it is

ORDERED that:

1. The motion for reconsideration be and is hereby GRANTED to the extent that the plaintiff seeks access to his prison medical records.

2. On or before February 2, 2007, the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his prison medical records which are within the care, custody or control of the defendants. **The plaintiff is hereby informed that neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to**

**producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

3. The plaintiff be GRANTED an extension from January 29, 2007 to and including February 22, 2007 to file responses in compliance with the directives of the orders entered on January 9, 2007 (Court Doc. No. 14 and Court Doc. No. 15).

Done this 19th day of January, 2007.

                                          /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE