IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID ALLEN,                          )
                                      )
    Plaintiff,                        )
                                      )    CIVIL ACTION NO.
    v.                                )      2:06cv1020-MHT
                                      )
GWENDOLYN MOSLEY, etc.,               )
et al.,                               )
                                      )
    Defendants.                       )

### ORDER

It is ORDERED that plaintiff's objection to order (doc. no. 20) is overruled.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 19th day of January, 2007.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE