In The United States District Court
for The Middle District Of Alabama
Northern Division

Lincoln David Allen #150171  | Re: Civil Action
Plaintiff Pro Se             |
                             | Case No. 2:06-CV-1020-M-H-T
—vs—                         |
                             |
Gwendolyn Mosley et, al,     |
Defendants                   |

## Motion For Permission To file Plaintiff's Amended Complaint

Comes Now Plaintiff Lincoln David Allen Pro Se Pursuant to Fed. R.C. Pro. Rule 11, And Rule 15(a) And Rule 50, herein respectfully, Moves this Honorable Court for Permission to file his Amended Civil Complaint to Cure any evidentiary deficiencies That May be in Plaintiff's Original Complaint at bar, for reasons as follows;

-1-

a review of Plaintiffs original Civil Complaint fit by lay one with somewhat more legal knowledge indicates that an amendment should be filed to cure evidentiary deficiencies and to paint a clearer picture of the actual harm plaintiff suffered at the hands of prison officials that not only clearly violated their oath of office but knowingly violated specific rules and regulations of the prison system, establishing clearly the defendants culpability in acting meanfully with malice desire to hurt and harm plaintiff illegally and which records can and will show that plaintiff did fact suffer the necessary harm, pain and injury to raise to a violation of the 8th amendment because the defendants <u>did act</u> <u>maliciously</u> and sadistically for the <u>sole purpose</u> of causing plaintiff to suffer harm physically and mentally, for which plaintiff has a constitutional right to seek appropriate relief in this ~~case~~ cause of action.

-2-

## Conclusion

Wherefore Premises Considered Plaintiff herein respectfully Moves this Honorable Court for Permission to Amend his Civil Action Complaint at bar to Cure any and all evidentiary deficiencies, which can be fully established by Not only the records already on file but by records defendants intentionally withheld. And to allow the records to show plaintiff's full Name.

It is So prayed

Respectfully Submitted

Lincoln David Allen

Lincoln David Allen Pro Se
Easterling Correctional Facility F1-60A
200 Wallace Dr. Clio, Al. 36017

## Certificate of Service

Lincoln David Allen herein avows and states under Oath That a True Copy of this above Motion is being Sent by U.S. Mail to defendants attorney of record at his listed address on February 12, 2007

Lincoln David Allen

Lincoln David Allen - Affiant

Subscribed to on Feb. 12 2007

/s/ signature

Notary My Commission expires on _____ my commission expires March 19, 2007

-3-

