IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file amended complaint filed by the plaintiff on February 14, 2007 (Court Doc. No. 23), in which the plaintiff seeks to "cure evidentiary deficiencies and paint a clearer picture of the actual harm plaintiff suffered ...," and as the complaint filed in this case is sufficient, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. The plaintiff is advised that he may present his evidence and arguments to the court in his response to the defendants' written report.

Done this 15th day of February, 2007.

                                               /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE