IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-1020-MHT |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 12, 2007 the plaintiff shall:

1. Show cause why he has failed to file a response in compliance with the order entered January 9, 2007 (Court Doc. No. 15) which required that he show cause why this case should not be dismissed for his submission of a forged document (Plaintiff's Exhibit C) to this court.

2. File a response in compliance with the show cause order entered on January 9, 2007 (Court Doc. No. 15).

The plaintiff is advised that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 27th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE