IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-1020-MHT |
| ) | [WO] |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon review of the response filed by the plaintiff on February 26, 2007 (Court Doc. No. 25), and for good cause, it is

ORDERED that on or before March 13, 2007 the defendants shall file a supplemental special report which addresses the plaintiff's claims that:

1. During the incident at issue in this case, he suffered head injuries, including a concussion and laceration requiring stitches, "at lease <u>four</u> broken rips and more <u>bruised</u> ribs," revealed in subsequent X-rays, a back injury and other general injuries. *Plaintiff's Response* at 4.

2. Defendant Mosley is liable "in her individual and personal capacity because she has developed a custom and policy of fully supporting any actions her officers" undertake in controlling inmates. *Plaintiff's Response* at 6.

Done this 27th day of February, 2007.

                    /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE