IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1020-MHT |
| ) | |
| GWENDOLYN MOSLEY, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's reply (Doc. No. 25) is treated as an objection to an order of the magistrate judge and said objection is overruled.

(2) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 6th day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**