IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon review of the response filed by the plaintiff on March 7, 2007, and as the plaintiff concedes that Plaintiff's Exhibit C is not the original body chart prepared by medical personnel but merely "a '<u>rendition</u>' of what plaintiff '<u>believed</u>' the original body chart would look like," *Court Doc. No. 30* at 3, it is

ORDERED that Plaintiff's Exhibit C be stricken from the record in this case and returned to the plaintiff.

Done this 8th day of March, 2007.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE