IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
|     Plaintiff, Pro-Se | ) |
| | ) |
| V. | )   CASE NO.: 2:06-CV-1020-T |
| | ) |
| GWENDOLYN MOSLEY, et al. | ) |
| | ) |
|     Defendants. | ) |

SUPPLEMENTAL SPECIAL REPORT

COME NOW the Defendants Gwendolyn Mosley and Jeffery Knox and pursuant to the Court's Order of February 27, 2007 hereby submit the following Supplemental Special Report to address the Plaintiff's purported injuries and Defendant Mosley's alleged liability:

Plaintiff contends that during the November 7, 2007 incident at issue in this case, he suffered head injuries, including a concussion and laceration requiring stitches; at least <u>four</u> broken ribs and more <u>bruised</u> ribs," revealed in subsequent x-rays; a back injury; and other general injuries. Plaintiff's highly exaggerated account of the extent of his alleged injuries cannot withstand any kind of scrutiny. First, x-rays taken on November 8, 2006 (the day after the incident made the basis of the Plaintiff's Complaint) reflect that the Plaintiff did not, as alleged, sustain multiple broken ribs on November 7, 2006.[1] Instead,

---

[1] Later and more than two months after November 7, the Plaintiff did sustain multiple fractures to his ribs. In particular, x-rays taken on January 23, 2007, pursuant to a January 18, 2007 request, reflect that at that time The Plaintiff had fractures of the left 5th through the 8th ribs. As noted above, multiple fractures were not reflected on the x-rays taken the day after November 7, 2006.

the x-rays reveal that on November 8, 2006, the Plaintiff had only one fractured rib, namely a fracture of the left 5th rib in the posterior axillary line. Moreover, on November 15, 2006, the Plaintiff himself acknowledged on a sick call request form his belief that only "ONE of my ribs is broken. I had one broken before and I believe it broken." The x-ray report of the x-ray taken on November 8, 2006 does not, as alleged, make reference to "more bruised ribs," nor is the term "bruise" reflected on the November 7, 2006 body chart. Thus, the fracture of the Plaintiff's left 5th rib appears to be the only alleged back injury to which he is referring. Although the body chart notes a contusion to the Plaintiff's left upper eyelid and a small laceration noted behind his right ear which subsequently required 6 stitches, there is no evidence there that the Plaintiff suffered a concussion as alleged. To the contrary, the body chart, which is devoid of the term "concussion" and which was apparently prepared very shortly after the November 7, 2006 incident in question, reflects that, among other things, the Plaintiff had a "steady gait" upon admission.

The Plaintiff also claims that Defendant Mosley is liable in her individual and personal capacity because she has a) purportedly developed a custom and policy of fully supporting any actions her officers undertake in controlling inmates; b) allegedly allowed arbitrary and abusive misconduct on the part of Defendant Knox that no other institute would allow; c) supposedly never ordered an investigation into Plaintiff's complaint; and d) purportedly has a habit of covering up for her officers' alleged misconduct, especially Defendant Knox. The Plaintiff is just plain wrong and offers no facts to support his fabricated claims.

Mosley unequivocally denies all of the Plaintiff's outlandish and unsubstantiated claims against her. (See Defendant Mosley's Addendum to Previous Affidavit at Ex. "A") She notes, among other things, that Captain Knox has worked at several institutions during his career in Corrections and has a good work record at all Institutions; that a Use of Force Investigation was conducted on this incident; and that she has not seen any complaint from the Plaintiff or any other inmates to support the Plaintiff's allegation.

Other than asserting in shotgun conclusory fashion the above referenced far-fetched, unsubstantiated allegations, the Plaintiff has produced only two (2) signed affidavits from fellow inmates, namely Reginald Moore and Lawrence Billingsley, to support his claims. In particular, both inmate Moore's and inmate Billingsley's affidavits are practically identical and read in part as follows: "I cannot testify as to what or how David got these injuries because I am not a physical witness. Nevertheless based on my experience of "doing time" I tend to believe that what he said happened to him did in fact happen to him i.e. that he was beaten by the riot squad members on 11/7/06." Significantly, neither affidavit mentions much less points a finger at Easterling Correctional Facility, Warden Mosley or Jeffery Knox. Moreover, neither inmate Moore nor inmate Billingsley have ever made a claim for excessive force being use against either one of them or any other inmate at Easterling.

Supervisory liability under 42 U.S.C. §1983 for subordinates' use of excessive force against inmates in violation of the Eighth Amendment occurs when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between the actions of the supervising official and the alleged constitutional deprivation. *Cottone v Jenne*, 326 F.3d 1352, 1360 (11th Cir. 2003) Here, however, there

is absolutely no evidence that Mosley personally participated in the alleged incident in question or that any correctional officers were following specific direction from Mosley with regard to this matter. Thus, the question presented is whether there was a causal connection between Mosley's actions or inaction and the alleged incident made the basis of this complaint.

A causal connection may be established when: 1) a "history of widespread abuse" puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he or she fails to do so; 2) a supervisor's custom or policy results in deliberate indifference to constitutional rights; or 3) facts support an inference that the supervisor directed subordinates to act unlawfully or knew that subordinates would act unlawfully and failed to stop them from doing do. *Id.*; *Valdes v Crosby*, 450 F3d 1231, 1237(11th Cir 2006).

Beyond conclusory allegations, the Plaintiff has failed to produce any evidence to support his claims against Mosley. There is simply no evidence that Mosley has established a de facto custom or policy that resulted in such violations. Likewise, as noted above, the record dismally fails to demonstrate any kind of "history of widespread abuse" which resulted in deliberate indifference to constitutional rights and there is no evidence of record from which the Court could determine that Mosley directed subordinates to act unlawfully or knew that subordinates would act unlawfully and failed to stop them from doing so.

## **CONCLUSION**

Based on the reasons stated above and in the Special Report, the Defendants assert that Mosley is not and cannot be found liable in her individual and personal

capacity; that the Plaintiff's injury is arguably *de minimis;* and, that the Plaintiff has failed to meet the threshold showing that force was applied maliciously and sadistically for the very purpose of causing him harm. In light of the foregoing, the Defendants respectfully renew their request that this Honorable Court enter a summary judgment in their favor.

                                          Respectfully submitted,

                                          TROY KING
                                          ATTORNEY GENERAL

                                          /s/ MARY GOLDTHWAITE
                                          MARY GOLDTHWAITE (GOL013)
                                          ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this then 13th day of March, 2007, served a copy of the foregoing upon the following person, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

David Allen, #150171
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

      /s/ MARY GOLDTHWAITE
      OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN, # 150171            )
    Plaintiff,                   )
                                 )
VS.                              )
                                 )   CASE NO. 2:06-CV-1020-T
                                 )
GWENDOLYN MOSLEY, WARDEN III, et al.  )
    Defendant (s)                )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Mosley, and I am presently employed as Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

### ADDENDUM TO PREVIOUS AFFIDAVIT

Inmate David Allen, #150171, was assigned to Easterling Correctional Facility on June 27, 2002. He is serving under ACT 446 Law in Class IV for Robbery I. Inmate Allen has received several Disciplinaries and Citations since he has been confined. (Exhibit #1 Alabama Department of Corrections Inmate Summary).

Inmate Allen's allegation that I have developed a custom and policy of fully supporting any actions that officers undertake to control inmates is untrue.

I support employees at Easterling if they act in good faith.

I have not covered up for any Officer or any ADOC Employee for misconduct.

Inmate Allen's allegation that Captain Jeffery Knox's conduct is shocking and abusive and no other Institution would put up with his conduct is untrue. Captain Knox has worked at several Institutions during his career in Corrections and has a good work record at all Institutions.

Our Administrative Lieutenant conducted a Use of Force Investigation on the incident. (Exhibit # 2).



EXHIBIT A

Affidavit – Gwendolyn Mosely
Civil Action – 2:06-CV-1020-T
Page 2

      I have not seen any complaint from Inmate Allen or any other inmates to support Inmate Allen's allegation. On February 2, 2007, Inmate Allen did write a request slip asking to speak with me in person. I responded back to him that he (Allen) needed to be more specific, stating exactly why he needed to speak to me. (Exhibit #3). I did not get an answer back from Inmate Allen.

                                                        _____
                                                          GWENDOLYN MOSELY

SWORN TO AND SUBSCRIBED TO before me this the ___7th___ day of
___March___, 2007.
                                                        _____
                                                          NOTARY PUBLIC

My Commission Expires: ___03/31/07___

```
                      ALABAMA DEPARTMENT OF CORRECTIONS         Exhibit #1
CBR7163                  INMATE SUMMARY AS OF 01/02/2007        INST:    O
                                                                CODE: CORVK

      RECEIVED JAN - 5 2007                      5AB009
***************************************************************************

AIS: 00150171   INMATE: ALLEN, DAVID LINCOLN              RACE: B  SEX: M

INST: 041   EASTERLING CORRECTIONAL CENTER  DORM:  00   JAIL CR: 000Y 06M 28D

DOB: 11/30/1955  SSN: 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                 PREVIOUS AIS: 00135340

ALIAS: ALLEN, DANNY                    ALIAS: ALLEN, DANNY LINCOLN

ALIAS: ALLEN, LINCOLN DAVID

ADM DT: 06/20/1988  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED9   CURRENT CUST DT: 07/16/2002  PAROLE REVIEW DATE:  NONE

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:  05/11/1988
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO    CRIME                       JL CR    TERM
CHAMBERS    05/11/88 N88000044  ROBBERY I                   020BD 020Y 00M 00D CS

 TOTAL TERM        MIN REL DT      GOOD TIME BAL    GOOD TIME REV    LONG DATE
 020Y 00M 00D      10/12/2007      000Y 00M 00D     000Y 00M 00D     10/12/2007

INMATE LITERAL:
***************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 07/08/1988 TYPE NOTIFICATION ONLY         GA DEPT OF CORRS
    LITERAL: 12 YRS CC W/AL                        SEQ #: 01    CASE #:
    OFFENSE: 254F   ROBBERY
***************************************************************************

ESCAPEE PAROLE SUMMARY

      INMATE CURRENTLY HAS NO PAROLE RECORDS

      INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

      INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
***************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 12/21/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041   RULE NUMBER: 56
     RETAINED DAYS: 0000  SEQ #: 62   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO
```

CONTINUED ON NEXT PAGE

```
                           ALABAMA DEPARTMENT OF CORRECTIONS         INST:    041
C8R716-3                   INMATE SUMMARY AS OF 01/02/2007           CODE: CORVK
```

************************** CONTINUATION **************************

AIS: 00150171    INMATE: ALLEN, DAVID LINCOLN                RACE: B   SEX: M

******************************************************************

DISCIPLINARY/CITATION SUMMARY

```
  >> DISCIPLINE: 07/18/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 61   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 02/24/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 60   RULE LIT: THREATS

  >> DISCIPLINE: 02/24/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 59   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 02/22/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 58   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 02/22/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 57   RULE LIT: THREATS

  >> DISCIPLINE: 02/08/2006  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 56   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 10/26/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 55   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 10/12/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 54   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 10/12/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 53   RULE LIT: THREATS

    >> CITATION: 09/23/2005                               CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 041    RULE NUMBER: 85
       RETAINED DAYS: 0000   SEQ #: 52   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 02/23/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 35
     RETAINED DAYS: 0000   SEQ #: 51   RULE LIT: FIGHTING WITHOUT A WEAPON

  >> DISCIPLINE: 11/19/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                    AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 50   RULE LIT: THREATS
```

CONTINUED ON NEXT PAGE

```
                            ALABAMA DEPARTMENT OF CORRECTIONS          INST:  041
BR71623                      INMATE SUMMARY AS OF 01/02/2007           CODE: CORVK
```

**************************** CONTINUATION ****************************

IS: 00150171    INMATE: ALLEN, DAVID LINCOLN            RACE: B  SEX: M

***********************************************************************

DISCIPLINARY/CITATION SUMMARY

```
>> DISCIPLINE: 11/17/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 49   RULE LIT: INSUBORDINATION

>> DISCIPLINE: 09/16/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 31
   RETAINED DAYS: 0000   SEQ #: 48   RULE LIT: ASSAULT ON ANOTHER INMATE

>> DISCIPLINE: 02/11/2003  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 44
   RETAINED DAYS: 0000   SEQ #: 47   RULE LIT: THREATS

>> DISCIPLINE: 01/29/2003  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 31
   RETAINED DAYS: 0000   SEQ #: 46   RULE LIT: ASSAULT ON ANOTHER INMATE

>> DISCIPLINE: 12/19/2002  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 45   RULE LIT: INSUBORDINATION

>> DISCIPLINE: 11/15/2002  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 69
   RETAINED DAYS: 0000   SEQ #: 44   RULE LIT: DESTROY/DISPOSE/ALTER/DAMAGE/SELL

   >> CITATION: 06/26/2002                             CUST FROM MIN9 TO MIN9
      CITATION TYPE: BEHAVIOR CITATION        AT INST: 043    RULE NUMBER: 68
   RETAINED DAYS: 0000   SEQ #: 43   RULE LIT: THEFT/DAMAGE/DESTRUCT. OF OTHER'S

>> DISCIPLINE: 06/26/2002  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                     AT INST: 043    RULE NUMBER: 72
   RETAINED DAYS: 0000   SEQ #: 42   RULE LIT: FORGERY

>> DISCIPLINE: 04/24/2002  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                     AT INST: 043    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 41   RULE LIT: INSUBORDINATION

   >> CITATION: 04/02/2002                             CUST FROM MIN9 TO MIN9
      CITATION TYPE: BEHAVIOR CITATION        AT INST: 043    RULE NUMBER: 96
   RETAINED DAYS: 0000   SEQ #: 40   RULE LIT: FAILURE TO REPORT

>> DISCIPLINE: 03/12/2001  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                     AT INST: 045    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 39   RULE LIT: INSUBORDINATION

>> DISCIPLINE: 05/10/1999  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                     AT INST: 040    RULE NUMBER: 58
   RETAINED DAYS: 0000   SEQ #: 38   RULE LIT: LYING OR GIVING FALSE INFO OR TES
```

CONTINUED ON NEXT PAGE

```
                          ALABAMA DEPARTMENT OF CORRECTIONS           INST:   041
CBR71673                    INMATE SUMMARY AS OF 01/02/2007           CODE: CDRVK


************************************  CONTINUATION  ************************************

AIS: 00150171   INMATE: ALLEN, DAVID LINCOLN                   RACE: B  SEX: M

****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 04/09/1999                           CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 040    RULE NUMBER: 63
   RETAINED DAYS: 0000   SEQ #: 37   RULE LIT: DISORDERLY CONDUCT

   >> CITATION: 01/20/1999                           CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 040    RULE NUMBER: 85
   RETAINED DAYS: 0000   SEQ #: 36   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 10/23/1998  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 35   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 09/11/1998  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 56
   RETAINED DAYS: 0000   SEQ #: 34   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 12/03/1997  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 44
   RETAINED DAYS: 0000   SEQ #: 33   RULE LIT: THREATS

  >> DISCIPLINE: 11/12/1997  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 44
   RETAINED DAYS: 0000   SEQ #: 32   RULE LIT: THREATS

   >> CITATION: 01/13/1997                           CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 040    RULE NUMBER: 85
   RETAINED DAYS: 0000   SEQ #: 31   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 11/14/1996  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 56
   RETAINED DAYS: 0000   SEQ #: 30   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 01/30/1995  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 38
   RETAINED DAYS: 0000   SEQ #: 29   RULE LIT: INDECENT EXPOSURE & EXHIBITION

  >> DISCIPLINE: 04/07/1994  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 56
   RETAINED DAYS: 0000   SEQ #: 28   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 11/05/1993  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 57
   RETAINED DAYS: 0000   SEQ #: 27   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 10/21/1993  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 040    RULE NUMBER: 38
   RETAINED DAYS: 0000   SEQ #: 26   RULE LIT: INDECENT EXPOSURE & EXHIBITION

                              CONTINUED ON NEXT PAGE
```

```
                        ALABAMA DEPARTMENT OF CORRECTIONS        INST:  041
CBR716-3                INMATE SUMMARY AS OF 01/02/2007          CODE: CORVK


**************************** CONTINUATION ****************************

AIS: 00150171   INMATE: ALLEN, DAVID LINCOLN              RACE: B  SEX: M

**********************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 08/19/1993  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 063    RULE NUMBER: 38
     RETAINED DAYS: 0000   SEQ #: 25   RULE LIT: INDECENT EXPOSURE & EXHIBITION

  >> DISCIPLINE: 06/16/1992  TIME LOST: 00Y00M00D   CUST FROM MED5 TO MED5
     DISCIPLINE TYPE: MAJOR                   AT INST: 063    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 24   RULE LIT: THREATS

  >> DISCIPLINE: 03/19/1992  TIME LOST: 00Y00M00D   CUST FROM MED5 TO MED5
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 23   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 03/19/1992  TIME LOST: 00Y00M00D   CUST FROM MED5 TO MED5
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 62
     RETAINED DAYS: 0000   SEQ #: 22   RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT

  >> DISCIPLINE: 01/13/1992  TIME LOST: 00Y00M00D   CUST FROM MED5 TO MED5
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 21   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 01/13/1992  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 20   RULE LIT: THREATS

  >> DISCIPLINE: 10/10/1991  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 29
     RETAINED DAYS: 0000   SEQ #: 19   RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

  >> DISCIPLINE: 05/17/1991  TIME LOST: 00Y00M00D   CUST FROM CLS9 TO CLS9
     DISCIPLINE TYPE: MINOR                   AT INST: 041    RULE NUMBER: 63
     RETAINED DAYS: 0000   SEQ #: 18   RULE LIT: DISORDERLY CONDUCT

  >> DISCIPLINE: 05/17/1991  TIME LOST: 00Y00M00D   CUST FROM CLS9 TO CLS9
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 17   RULE LIT: THREATS

  >> DISCIPLINE: 03/05/1991  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 35
     RETAINED DAYS: 0000   SEQ #: 16   RULE LIT: FIGHTING WITHOUT A WEAPON

  >> DISCIPLINE: 03/04/1991  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 29
     RETAINED DAYS: 0000   SEQ #: 15   RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

  >> DISCIPLINE: 11/01/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 14   RULE LIT: INSUBORDINATION

                          CONTINUED ON NEXT PAGE
```

```
                          ALABAMA DEPARTMENT OF CORRECTIONS        INST:   041
CBR716-3                  INMATE SUMMARY AS OF 01/02/2007          CODE:  CDRVK
```

**************************** CONTINUATION ****************************

AIS: 00150171   INMATE: ALLEN, DAVID LINCOLN              RACE: B  SEX: M

***********************************************************************

DISCIPLINARY/CITATION SUMMARY

```
  >> DISCIPLINE: 10/04/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 56
     RETAINED DAYS: 0000  SEQ #: 13   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 06/21/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 35
     RETAINED DAYS: 0000  SEQ #: 12   RULE LIT: FIGHTING WITHOUT A WEAPON

  >> DISCIPLINE: 05/30/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 56
     RETAINED DAYS: 0000  SEQ #: 11   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 05/30/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 57
     RETAINED DAYS: 0000  SEQ #: 10   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 10/10/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 57
     RETAINED DAYS: 0000  SEQ #: 09   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 08/15/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 56
     RETAINED DAYS: 0000  SEQ #: 08   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 08/15/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 54
     RETAINED DAYS: 0000  SEQ #: 07   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

  >> DISCIPLINE: 08/15/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 44
     RETAINED DAYS: 0000  SEQ #: 06   RULE LIT: THREATS

  >> DISCIPLINE: 08/15/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 57
     RETAINED DAYS: 0000  SEQ #: 05   RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 08/11/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 50
     RETAINED DAYS: 0000  SEQ #: 04   RULE LIT: BEING IN AN UNAUTHORIZED AREA

  >> DISCIPLINE: 08/09/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 56
     RETAINED DAYS: 0000  SEQ #: 03   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 08/03/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 57
     RETAINED DAYS: 0000  SEQ #: 02   RULE LIT: INSUBORDINATION
```

CONTINUED ON NEXT PAGE

```
CBR71693                ALABAMA DEPARTMENT OF CORRECTIONS        INST:   041
                        INMATE SUMMARY AS OF 01/02/2007          CODE: CDRVK

************************************ CONTINUATION ************************************

AIS: 00150171     INMATE: ALLEN, DAVID LINCOLN              RACE: B  SEX: M

***************************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 08/03/1989   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 54
   RETAINED DAYS: 0000    SEQ #: 01   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE
```

# USE OF FORCE
# INVESTIGATION SHEET

**LIST BELOW PERSONNEL INVOLVED/ INTERVIEWED**

Jeffery Knox, COSII

**LIST BELOW INMATES INVOLVED/ INTERVIEWED**

David Allen, B/M 150171

**FINDING:** On November 7, 2006, at approximately 5:00 PM, in Dormitory #9, B-Side, Captain Jeffery Knox was assisting in shakedowns. Inmate David Allen, B/M 150171, entered the dorm and Captain Knox observed that Inmate Allen was in need of a shave. Captain Knox ordered Inmate Allen to shave and Inmate Allen became argumentative with Captain Knox. Captain Knox ordered Inmate Allen to stop and stand near the wall. Inmate Allen refused to comply with the order. Captain Knox reached with his right hand, and Inmate Allen pushed Captain Knox's hand. Captain Knox grasped Inmate Allen's upper torso with both hands. Inmate Allen began to physically resist. Captain Knox wrestled Inmate Allen to the floor, and landed on top of Inmate Allen. Inmate Allen's left side and forehead struck the floor; all force ceased. Officer Larry McCovery handcuffed Inmate Allen. Sgt. Phelix Woods and Officer Kenneth Drake escorted Inmate Allen to the Health Care Unit. Inmate Allen was treated/examined by Dr. Jean Darbouze and released back to ADOC Officials. Lt. Bryant questioned Inmate Allen about the incident. Inmate Allen stated that Captain Knox and two other Riot Team Members jumped on him by pushing his head to the lobby floor, and stomped him on his left side.

**THE USE OF FORCE WAS JUSTIFIED:** Due to Inmate Allen refused to stop and stand near the wall as ordered by Captain Knox, pushed Captain Knox's hand, and physically resisted, Captain Knox used the minimum amount of force necessary to control Inmate Allen. Lt. Bryant questioned several inmates assigned to Dorm #9, and found that Inmate Allen's alleged accusations are untrue.

INVESTIGATING OFFICER'S SIGNATURE

ATTACHMENT #1 SOP C-28

Exhibit #3  Copy

## INMATE REQUEST SLIP

Name Lincoln David Allen  Quarters B-13-A  Date 1-31-07

AIS # 150171   FEB 0 2 2007

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other Warden
                                                   MS. Mosley

**Briefly Outline Your Request - Then Drop In Mail Box**

I am Sending you this Notice Warden Mosley Asking for Permission to speak with you In Person about Some departmental Matters which I have filed 1983 Law Suit. MS. Mosley When your time is Convenient to you. I would Appreciate it in Good faith.

In Best Regards
Lincoln David Allen
#150171

**Do Not Write Below This Line - For Reply Only**

2/5/07
You need to be more specific. Exactly what do you need to speak to me about.

Approved    Denied    Pay Phone    Collect Call

**Request Directed To: (Check One)**

( ) Warden              ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office