IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Lincoln David Allen
Plaintiff Pro Se

-VS-

Gwendolyn Mosley et. al,
Defendants

Re: Civil Complaint

Case NO: 2:06-CV-1020-T

## Motion For Trial By Court Or Jury
### Pursuant 39 Fed. R. Civ. Proc.

Comes Now, The Plaintiff, Lincoln David Allen Pro/Se Moves into this Honorable Court Pursuant to Rule 39 Fed. R. Civ. Proc. The Plaintiff Submit the following:

1. On March 6, 2007, The Plaintiff filed a answer to the Feb 27, 2007, Which Order him to Show Cause Why he has failed to file a response in Compliance With the Order entered January 9, 2007 (Court Doc. No. 15) This answer had to be filed before March 12, 2007, Which was done on March 6, 2007.

-1-

2. This Honorable Court Ordered On March 6, 2007 that the Plaintiff's Exhibit C be Stricken from the record in this case and returned to the Plaintiff.

3. The Plaintiff request for trial by the Court Pursuant 39 Rule of Fed Civ. Proc.

4. The right of trial by jury or Court as declared by the Seventh Amendment to the Constitution or as given by a State of the United States Shall be Preserved to the parties Involved.

5. Rule 38(B) Demand, Any Party May demand a trial by Jury of any issue triable of right by a Jury by (1) Serving upon the other parties a demand therefore in Writing at any time after the Commencement of the action and Not later than (10) days after the Service of the last pleading directed to such issue.

Wherefore, The Plaintiff Prays that this Honorable Court will grant this Motion an set this Matter down for a trial.

*Lincoln David Allen*
Lincoln David Allen

Pursuant to 28 U.S.C. Section 1746, I Lincoln David Allen do hereby Sign Under the Penalty Of persury that the foregoing is true And Correct. Executed On March 14, 2007.

*Lincoln David Allen*

### Certificate Of Service

I hereby Certify that a Copy Of the forgoing is Served Upon the Defendant's Counsel, by placing it into Easterling Correctional facility Mail Box On March 14, 2007.

*Lincoln David Allen*

-3-



MONTGOMERY AL 361
15 MAR 2007 PM 2 T

OFFICE OF THE CLERK
United STATES DISTRICT COURT
Post Office Box 711
Montgomery, AL. 36101-0711

MR. Lincoln David Allen
#150171 CJ-40A
Easterling Correctional Facility
200 Wallace Drive
Clio, AL. 36017

LEGAL MAIL