IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for trial by court or jury filed by the plaintiff on March 16, 2007 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby denied to the extent that the plaintiff requests that this court immediately set this case for a jury trial.

Done this 19th day of March, 2007.

                          /s/ Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE