IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA

David Allen #150171
Plaintiff

VS.

Gwendolyn Mosley, et al.

Case No: 2:06-CV-1020-MHT

2007 MAR 22 A 9:47

Motion Reconsideration of Order on March 19th, 2007

Comes Now, The plaintiff, David Allen #150171, moves into this Honorable Court asking for reconsideration of the Court Order on March 19th, 2007, (Court Doc. No. 34). The plaintiff submit the following in support:

1. The plaintiff filed a Motion for Jury trial on March 14th, 2007.

2. This Honorable Court denied the motion to the extent that the plaintiff requests that this Court immediately set this case for a Jury trial.

3. This Honorable Court has errored on their March 19th ruling denied the plaintiff motion (Court Doc. No. 34). The plaintiff only was request that his to a Jury trial be preserved as declared by the 7th Amendment of U.S. Constitution.

Wherefore, The plaintiff prays that this Honorable Court will set aside their ruling on March 19th, 2007, and preserved the plaintiff the right to a Jury trial as declared by the 7th Amendment of U.S. Constitution.

Page 1

Certificate OF Service

I hereby certify that I served a copy of foregoing upon the Defendants Counsel, by placing it into the Easterling Corr. Fac. Mail Box on March 20, 2007

Lincoln David Allen #150171
David Allen

Page 2

Lincoln David Allen *150171 C1-40A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
21 MAR 2007 PM 3 T

OFFICE OF THE CLERK
United States District Court
Post Office 711
Montgomery, AL. 36101-0711