IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1020-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on March 22, 2007 (Court Doc. No. 37), and as upon receipt of the motion for jury trial on March 16, 2007 the Clerk entered a demand for jury trial on the docket in this case, it is

ORDERED that the motion for reconsideration be and is hereby denied.

Done this 23rd day of March, 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE