RECEIVED
2007 OCT 31

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In the **Middle District** **Montgomery** County

| | |
|---|---|
| **Lincoln David Allen 150171** | Case No.: No. **2:06-CV-1020-T** |
| Plaintiff, | Notice of Change of Address |
| vs. | |
| **Gwendolyn Mosley, et al.** | |
| Defendant | |

This pleading is to notify the court of my address change. Please send all future notices to me at the address listed below.

Dated this 30th day of October, 2007

*Lincoln David Allen*

ProSe
Lincoln David Allen
232 1st Street South
Valley, Alabama 36854

Change of Address - 1

In the **Middle District** Court of **Montgomery** County

**Lincoln David Allen #150171**              ) Case No.: No. **2:06-CV-1020-T**
                                             )
        Plaintiff,                           ) Certificate of Service
                                             )
    vs.                                      )
                                             )
**Gwendolyn Mosley, et al.**                 )
        Defendant                            )

I have served the following with this notice of change of address along with certificate of service.

**Office Of The Clerk**          **Montgomery, Al. 36101-711**
**United States District Court**
**Post Office Box 711**

Dated this 30th day of October, 2007

*Lincoln David Allen* (signature)

ProSe
Lincoln David Allen
232 1st Street South
Valley, Alabama 36854

Change of Address - 1



MONTGOMERY AL 361
30 OCT 2007 PM 2 T

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery, Al. 36101-711

Mr. Lincoln David Allen
232 1st Street South
Valley, Al. 36854