IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID ALLEN, #150171,               )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )        CASE NO. 2:06-CV-1020-MHT
                                    )
GWENDOLYN MOSLEY et al.,            )
                                    )
     Defendants.                    )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

David Allen ["Allen"], a state inmate, filed this 42 U.S.C. § 1983 action on

November 15, 2006.  In this complaint, Allen challenges actions taken against him during

his confinement at the Easterling Correctional Facility.  The court recently ascertained that

Allen no longer resides at the last address he provided for service.  The order of procedure

entered in this case specifically directed Allen to inform the court immediately of any

change in his address.  *Order of November 15, 2006 - Court Document No. 6* at 5.  As is

clear from the foregoing, Allen has failed to comply with this directive and this case cannot

properly proceed in his absence.  The court therefore concludes that this case is due to be

dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be dismissed without prejudice for failure of the plaintiff to comply with the orders of this

court.  It is further

ORDERED that on or before February 13, 2009 the parties may file objections to

the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 30th day of January, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE