IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN, #150171, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1020-MHT |
| ) | (WO) |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 30, 2009, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 40) is adopted and that this case is dismissed without prejudice for failure of the plaintiff to comply with the orders of this court.

DONE, this the 26th day of February, 2009.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE